IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| FIRST STATE BANK OF<br>CROSSETT, ARKANSAS | | PLAINTIFF |
| v. | Case No. 1:18-cv-1037 | |
| AMERICAN NATIONAL PROPERTY<br>& CASUALTY COMPANY | | DEFENDANT |

## **ORDER**

Before the Court is Plaintiff First State Bank of Crossett, Arkansas's Motion for Voluntary Dismissal. (ECF No. 13). Defendant American National Property & Casualty Company has informed the Court that it does not oppose the motion. The Court finds that no response is necessary and that the matter is ripe for consideration.

On July 10, 2019, Plaintiff filed the instant motion, indicating that it wishes to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). An action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause for the motion has been shown, as no party would be prejudiced by the dismissal of this case as requested. Accordingly, Plaintiff's motion (ECF No. 13) is hereby **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge